Case 3:18-cv-00369 Document 10 Filed in TXSD on 12/20/18 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MOHAMMADALI M. SHOJA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-369 |
| | § | |
| SECURITY FINANCE CORP OF SPARTANBURG, | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING PLEADING

Pending before the Court is the defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 8). However, it is deficient in the area (s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. ___ Pleading is not signed. (L.R.11.3)

2. ___ Pleading is not in compliance with L.R.11.3.A (1) through (6)

3. ___ Caption of the pleading is incomplete. (L.R.10.1)

4. ___ No certificate of service, or explanation why service is not required. (L.R.5.4)

5. ___ Motion is not in compliance with L.R.7:

a. ___ No statement of opposition or non-opposition. (L.R.7.2)

b. ___ No statement re conference w/opposing counsel. (L.R.7.1 .D)

c. ___ Separate proposed order not provided. (L.R.7.1.C)

6. ___ Motion to consolidate is not in compliance with L.R.7.6.

7. _**X**__ Other:

a. ___ Red vertical lines on pleading. (L.R.11.4)

b. ___ Computer codes on proposed order (Galveston General Order 2000–1)

c. ___ No space provided for date on proposed order

d. ___ No leave of court

e. ___ Original and One Copy filing requirement. (L.R.5.2)

f. _**X**__ Motion does not comply with Court's Procedures.  *See* Hanks Procedures 6.B.

 The Clerk is hereby **ORDERED** to strike Docket Entry 8 from the record and notify counsel of such action.

 SIGNED at Galveston, Texas, this 20th day of December, 2018.

_____
George C. Hanks Jr.
United States District Judge