# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| MOHAMMADALI M. SHOJA,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY FINANCE CORP OF SPARTANBURG,<br><br>    Defendant. | 3:18-cv-00369 |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

Pursuant to the Honorable Court's Order (Dkt. #13), the Parties submit the following Joint Discovery/Case Management Plan and in support of state as follows:

1. Plaintiff intends to take the deposition of Robert Kelbe, Chief Information Officer for Defendant. Plaintiff may conduct an inspection of Defendant's call center. The parties propose that limited Discovery shall be completed on or before March 31, 2019.

2. After the completion of limited Discovery, Defendant intends to file a Dispositive Motion with regards to Count I of Plaintiff's Complaint. The parties propose the following briefing schedule:

   a. Dispositive Motions filed on or before April 19, 2019;

   b. Responses to Dispositive Motions filed on or before May 10, 2019;

   c. Replies to Dispositive Motions filed on or before May 17, 2019.

Dated: January 17, 2019

s/ Nathan Volheim
Nathan C. Volheim, #3098183 (SDTX)
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
Phone: (630) 568-3056
Facsimile: (630) 575-8188
Email: nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

s/ Kurt Arbuckle
Kurt Arbuckle
Southern District ID: 6613
Kurt Arbuckle, P.C.
2121 Sage Rd., Suite 100
Houston, TX 77056
Phone: (713) 961-5353
Fax: (713) 961-5236
Email: kurt@kurtarbuckle.com
*Attorney for Defendant*