February 28, 2019

Mr. David J. Bradley
Clerk of the Court
United States District Court for the
Southern District of Texas – Galveston Division
601 Rosenberg Street, Room 411
Galveston, Texas 77550

      Re:    Civil Action No. 3:18-cv-00369; *Mohammadali M. Shoja vs. Security Finance Corp of Spartanburg*; In the United States District Court for the Southern District of Texas – Galveston Division

---

Dear Mr. Bradley:

    I write in accord with Part 4.B. of Judge Hanks' procedures.  Please note that I have filed a 2019 vacation request in Houston, Harris County, Texas, designating my summer and non-summer vacation schedule for the following weeks:

    June 24, 2019 through June 28, 2019;
    July 8, 2019 through July 12, 2019;
    December 16, 2019 through December 20, 2019; and
    December 30, 2019 through January 3, 2020.

    I have already made and paid for reservations for trips out of state covering dates in each of these weeks.  I would, therefore, request that no trial settings, hearings, or other deadlines be set in this case during these weeks.

    By copy of this letter, I am notifying all counsel of record and the Case Manager of Judge George C. Hanks, Jr. of this communication.

    Thank you for your courtesies and assistance in this matter.

                         Sincerely,

                         Kurt Arbuckle, P.C.

                         Kurt Arbuckle

KA:nmg

cc:  Ms. Susan Gram
 Case Manager of Judge George C. Hanks, Jr.
 Via: galveston_cm@txs.uscourts.gov

 Nathan C. Volheim
 Taxiarchis Hatzidimitriadis
 Via: nvolheim@sulaimanlaw.com
  thatz@sulaimanlaw.com